IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GREGORY WADE SEAL**                                                     **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:08-cv-1495-HSO-JMR**

**KEN BROADUS, ET AL.**                                           **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## TO GRANT DEFENDANT'S MOTION TO DISMISS

This cause comes before the Court on the Report and Recommendation [18-1] of Chief United States Magistrate Judge John M. Roper entered in this cause on February 20, 2009. Magistrate Roper reviewed the pleadings on file and determined that based on the record, Defendant William S.R. Ross's Motion to Dismiss should be granted. To date, no objection to the Report and Recommendation has been filed by Plaintiff. After a thorough review of the record, including the instant Motion, the briefs and the relevant legal authorities, the Court, being otherwise fully advised in the premises, finds that the Magistrate Judge properly recommended that Defendant Ross' Motion to Dismiss be granted. Therefore, said Report and Recommendation should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [18-1] of Chief United States Magistrate Judge John M. Roper entered in this cause on February 20, 2009, should be, and the same hereby is, adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant William S.R. Ross's Motion to Dismiss filed February 3, 2009 [17-1] should be and is hereby **GRANTED** and Defendant William S.R. Ross should be and is hereby **DISMISSED WITH PREJUDICE** as a Defendant from the above captioned cause.

**SO ORDERED AND ADJUDGED**, this the 9th day of March, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE