IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GREGORY WADE SEAL**                                              **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 1:08-cv-1495-HSO-JMR**

**KEN BROADUS, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [31-1] entered in this cause on January 22, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims brought against them, Defendants are entitled to judgment as a matter of law pursuant to FED. R. CIV. P. 56. Therefore, the Motion for Summary Judgment filed September 4, 2009 [27-1], should be and hereby is **GRANTED,** and the above captioned case is dismissed with prejudice. All pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 11th day of February, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE